IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAJCOOMAR, et al.                                    CIVIL ACTION

   v.

UNITED STATES OF AMERICA, et al.          NO. 03-2294

SETTLEMENT ORDER

AND NOW, this 30th day of June 2003, the parties have agreed to the following terms of settlement in the above numbered and captioned action:

(1) By 11am on July 30th defendants will submit a written report to Judge John P. Fullam setting forth all of the changes in their policies and training procedures regarding the allegations in the complaint. In the event that the Court is satisfied with the report, then, Judge Fullam will so notify plaintiffs of his determination;

(2) Upon Judge Fullam's notification defendants, through Admiral Loy, will immediately offer a written apology to both Dr. Bob Rajcoomar and Dorothy Rajcoomar for the events of August 31, 2002;

(3) Defendants will pay plaintiffs $50,000;

(4) In the event that Judge Fullam is not satisfied with the report describing the changes in the policies and training procedures regarding the allegations in the complaint, the

settlement shall be voided and the case restored to Judge Fullam's active docket.

                                                                                               _____

                                                               Thomas J. Rueter
                                                               United States Magistrate Judge